**Dismissed and Memorandum Opinion filed October 31, 2013.**



In The

# Fourteenth Court of Appeals

### NO. 14-13-00145-CV

### PEI YUNG LEE AND MEI-KUNG LEE, Appellants

### V.

### CHIEH-JU HSLAO, Appellee

**On Appeal from the 328th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 12-DCV-199723**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a final decree of divorce signed January 23, 2012. A timely motion for new trial was filed, and appellants filed a notice of appeal on February 18, 2013. The reporter's record was filed May 28, 2013. The clerk's record was filed June 18, 2013. Appellants' brief was due July 18, 2013. *See* Tex. R. App. P. 38.6(a). No brief or motion for extension of time was filed, however. *See* Tex. R. App. P. 38.6(d). Accordingly, the court ordered appellants to file a

brief on or before September 25, 2013, or the appeal would be dismissed for want of prosecution. *See* Tex. R. App. P. 42.3(b). Appellant filed no brief, extension request, or other response to the court's order.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices McCally, Busby, and Wise.